UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIVIAN BROWN A/K/A<br>QUEEN ASADI SAFFIYAH EL | CIVIL ACTION |
| VERSUS | NO. 12-2538 |
| MAJOR J. SPINNEY | SECTION "I"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Vivian Brown a/k/a Queen Asadi Saffiyah El for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies and alternatively as moot.

New Orleans, Louisiana, this 14th day of November, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE